## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 467 WAL 2017

Respondent

Petition for Allowance of Appeal from
the Order of the Superior Court

v.

TODD A. JOHNSON,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.